**Order entered September 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00275-CR

**TIMOTHY LEE BARNUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069939**

## ORDER

Before the Court is court reporter Misty Skinner's September 10, 2021 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by September 24, 2021.

/s/    ERIN A. NOWELL
        JUSTICE